OPINION — AG — ** TEACHERS' RETIREMENT SYSTEM — INVESTMENT — FUNDS ** IT IS PERMISSIBLE FOR THE BOARD OF TRUSTEES TO SELL BONDS, WHICH IT HOLDS AS AN INVESTMENT FOR THE FUND, AT PRIVATE SALE, AND THAT THE LAW DOES 'NOT' REQUIRE THE BOARD TO SECURE ONE OR MORE BIDS BEFORE MAKING SUCH SALE. (INVESTMENTS, BIDDING, BIDS, COMPETITIVE BIDDING, SALE, BONDS, SECURITIES) CITE: 70 O.S. 17-7 [70-17-7] (TRANSFER PURCHASE, ASSIGN) (J. H. JOHNSON)